| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY , COLORADO**<br>1437 Bannock Street, Room 281<br>Denver, Colorado 80202 | DATE FILED: September 17, 2021 12:22 PM<br>FILING ID: 359046FB5692D<br>CASE NUMBER: 2021CV32940<br>**COURT USE ONLY** |
| Plaintiff: **YVONNE LIMON**<br><br>v.<br><br>Defendant: **DILLON COMPANIES, LLC, DBA KING SOOPERS** | |
| Attorney: Jeremy D. Earle<br>Atty Reg. No: 47495<br>Name: True Counsel Law, LLC<br>Phone Number: (719) 300-1100<br>Fax Number: (833) 268-9970<br>Email: jeremy@mytruecounsel.com<br>Address: 1902 W. Colorado Ave., Suite 110<br>Colorado Springs, CO 80904 | Case No.:<br><br>Division: |
| **COMPLAINT** | |

**COMES NOW,** the Plaintiff, **Yvonne Limon**, by and through her attorneys at True Counsel Law, LLC, and for her Complaint against the Defendant, state and alleges as follows:

## JURISDICTION AND VENUE

1. The Plaintiff is an individual who is a resident of Denver, Colorado.

2. Defendant **Dillon Companies, LLC (King Soopers)** is a foreign limited liability company, with a principal office of 2700 East 4TH St, Hutchinson, KS 67501-1903, United States. Defendant's registered agent is the Corporation Service Company with an address of 1900 W. Littleton Boulevard, Littleton, CO 80120, United States, United States.

3. The location of the Incident occurred on or around September 16, 2020, at a King Soopers grocery store located at 5125 W Florida Ave., Denver, CO 80219.

4. This court has jurisdiction over the subject matter of this action and the parties hereto and venue is proper in the County of Denver as Defendant King Soopers regularly does business in this county and this is the location of the Incident.

## GENERAL ALLEGATIONS

5. At all relevant times of the Incident, Plaintiff was a customer of Defendant at the time of the Incident.

6. Defendant is the property owner or lessee of the real estate located at 5125 W Florida Ave., Denver,

CO 80219 that is the subject of this suit.

7. On or about November 9, 2020, Defendant failed take reasonable care that resulted in Plaintiff slipping and falling in the meat department of the King Soopers store.

8. After falling, Plaintiff identified a liquid material leaking out of a refrigeration unit where she fell.

9. Plaintiff suffered severe injuries and damages as a result of the slip and fall on November 9, 2020.

10. Defendant knew or should have known that failing to exercise reasonable care created dangerous conditions to its customers.

**FIRST CLAIM FOR RELIEF AGAINST DEFENDANT**
(Premises Liability C.R.S. § 13-21-115)

11. At all relevant times, Plaintiff was an invitee as defined by C.R.S. § 13-21-115 while on the premises that is the subject of this suit because she was conducting business with Defendant.

12. At all relevant times, Defendant was a landowner of the premises that is the subject of this suit as defined by C.R.S. § 13-21-115.

13. Defendant owes invitees a duty to exercise reasonable care to protect against dangers that they actually knew or should have known.

14. Defendant failed to exercise reasonable care to protect against dangers that they actually knew or should have known that led to the Incident.

15. Defendant's unreasonable failure to exercise reasonable care to protect against dangers that they knew or should have known caused Plaintiff injuries, damages, and losses.

16. As a direct, immediate and proximate result of the Defendant's actions and/or inactions, the Plaintiff has and will continue to suffer injuries and damages. That the injury, damages and loss suffered by Plaintiff consists, among other things, of bodily injury, including, but not limited to: severe injuries to his left leg consisting of a distal fibula fracture. The injury sustained by Plaintiff has caused pain, suffering, discomfort, loss of sleep, loss of past and future earnings, loss of earning capacity, loss of enjoyment of life, loss of time, inability to engage in numerous recreational activities and hobbies normal to Plaintiff prior to the injury, permanent scarring, the potential need for surgical intervention and necessitated a great deal of medical care, treatment, recuperation time and therapy. The injuries have caused permanent impairment, physical disfigurement, and significant economic as well as noneconomic damages.

17. All damages to the Plaintiff are in the past, present, and future whether so specifically delineated in each paragraph or not.

## SECOND CLAIM FOR RELIEF AGAINST DEFENDANT
### (NEGLIGENCE IN THE ALTERNATIVE)

18. Plaintiff hereby incorporates the foregoing allegations above as though fully set forth herein.

19. At all times relevant hereto, Defendant owe a duty to provide for the protection of all individuals on their premises from injury.

20. Defendant breached this duty when they failed to provide adequate lighting in the parking lot and failed to perform reasonable snow and ice mitigation.

21. Defendant's breach of this duty caused Plaintiff serious injuries, damages, and losses.

22. As a direct, immediate and proximate result of the Defendant's actions and/or inactions, the Plaintiff has and will continue to suffer injuries and damages. That the injury, damages and loss suffered by Plaintiff consists, among other things, of bodily injury, including, but not limited to: severe injuries to his left leg consisting of a distal fibula fracture. The injury sustained by Plaintiff has caused pain, suffering, discomfort, loss of sleep, loss of past and future earnings, loss of earning capacity, loss of enjoyment of life, loss of time, inability to engage in numerous recreational activities and hobbies normal to Plaintiff prior to the injury, permanent scarring, the potential need for surgical intervention and necessitated a great deal of medical care, treatment, recuperation time and therapy. The injuries have caused permanent impairment, physical disfigurement, and significant economic as well as noneconomic damages.

WHEREFORE, Plaintiff prays for relief all is as more particularly hereinafter set forth.

WHEREFORE, on account of the matters set forth in the First and Second Claims For Relief Plaintiff Yvonne Limon, prays for a judgment in favor of the Plaintiff and against the Defendant, in an amount which will fully compensate him for his injuries and damages in the past, present and future including for past, present and future medical expenses, for past, present and future pain and suffering, for personal injuries, for emotional distress, for loss of the ability to enjoy life as he did before the accident, for permanent physical injuries, economic losses and for other non-economic damages, for interest on such sums as is provided by law, for attorneys fees, expert witness fees, costs and for such other and further  relief as to this Court appears proper in the premises.

Respectfully Submitted on Friday, September 17, 2021.

/s/Jeremy D. Earle
Attorney for Plaintiff